# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: CR205-21

WANDELL WILLIAM COOPER

## ORDER

In accordance with the rules providing for the referral of cases, pretrial matters in the captioned case would ordinarily be heard by the undersigned. However, the undersigned must recuse himself from this case because of a conflict.

Accordingly, resolution of pretrial matters is hereby referred to Magistrate Judge G. R. Smith.

**SO ORDERED**, this 19th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)